UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:19-CV-00349

| | |
|---|---|
| JASMINE DAVIS, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>TRALEE AFFORDABLE PANTHER )<br>LLC d/b/a DEERFIELD CROSSING )<br>APARTMENTS and RAM )<br>PARTNERS, LLC, )<br>)<br>      Defendants. ) | **NOTICE OF SETTLEMENT** |

Plaintiff Jasmine Davis, by and through undersigned counsel, hereby notifies the Court that she, on behalf of the putative classes, has reached a settlement as to all material terms with the Defendants. The Parties are in the process of executing a formal settlement agreement and preparing to present the class settlement to the Court for preliminary approval. To that end, Plaintiff anticipate submitting the preliminary approval motion and supporting material to the Court on or before July 31, 2020.

This the 12th day of June, 2020.

WHITFIELD BRYSON LLP

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
Patrick M. Wallace
N.C Bar No.: 48138
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

scott@whitfieldbryson.com
pat@whitfieldbryson.com


MAGINNIS LAW, PLLC

Edward H. Maginnis
N.C. State Bar No. 39317
Karl S. Gwaltney
N.C. State Bar No. 45118
4801 Glenwood Avenue, Suite 310
Raleigh, North Carolina 27612
Telephone: 919-526-0450
Fax: 919-882-8763
emaginnis@maginnislaw.com
kgwaltney@maginnislaw.com


*Attorneys for Plaintiff Jasmine Davis
and the putative classes*

2

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that he has this day caused a copy of the foregoing was filed electronically via the Court's CM/ECF case management system and served upon all parties to this action as follows.

This the 12th day of June, 2020.

                                         /s/ *Scott C. Harris*
                                         Scott C. Harris